THOMAS ASHBURNER, Respondent, v. RICHARD D. WYCKOFF, Appellant.

*Fraud — false representations inducing purchase of worthless stock.*

*Ashburner v. Wyckoff*, 187 App. Div. 887, affirmed.

. (Argued October 13, 1920; decided November 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1919, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was to recover an amount which the complaint alleges the plaintiff was induced to invest in worthless stocks upon the false and fraudulent representations of defendant who was president of the corporation.

*Francis M. Scott* and *Walter Carroll Low* for appellant. *E. C. Crowley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.